IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHONTAI DUNLAP,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3886

Opinion filed October 10, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Shontai Dunlap, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

       The petition for writ of mandamus is denied on the merits.

LEWIS, RAY, and WINSOR, JJ., CONCUR.